

```
1
2
3
4
5
6
7
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal No. **08CR174-BEN** |
|---|---|---|---|
| 11 | Plaintiff, | ) ) | **CONSENT TO RULE 11 PLEA TO A** |
| 12 | v. | ) ) | **VIOLATION OF 8 U.S.C. SECTION 1326 (a) and (b) IN A FELONY** |
| 13 | **HECTOR BAUTISTA-MACIAS,** | ) ) | **CASE BEFORE UNITED STATES MAGISTRATE JUDGE, WAIVER OF** |
| 14 | Defendant. | ) ) | **PRESENTENCE REPORT AND WAIVER OF OBJECTIONS FOR IMMEDIATE** |
| 15 | | ) | **SENTENCING** |

16      I have been advised by my attorney and by the United States

17 Magistrate Judge of my right to enter my plea in this case before

18 a United States District Judge.  I hereby declare my intention to

19 enter a plea of guilty in the above case, and I request and

20 consent to have my plea taken by a United States Magistrate Judge

21 pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22      I understand that if my plea of guilty is taken by the

23 United States Magistrate Judge, and the Magistrate Judge

24 recommends that the plea be accepted, the assigned United States

25 District Judge will then decide whether to accept or reject any

26 plea agreement I may have with the United States and will

27 adjudicate guilt and impose sentence.

28      I further understand that due to my request for immediate

```
 1 | sentencing in this case, I am waiving the preparation of a
 2 | presentence report and I am also waiving any objections I may
 3 | have to the Magistrate Judge's findings and recommendation
 4 | concerning the entry of my guilty plea.
 5 |
 6 |
 7 | Dated: 02/~~12~~/2008                    /s/ Hector Bautista
        26/02                              HECTOR BAUTISTA-MACIAS
 8 |                                        Defendant
 9 |
10 |
11 | Dated: 02/~~12~~/2008                   _____
        26/02
12 |                                        Attorney for Defendant
13 |
14 |      The United States Attorney consents to have the plea in this
15 | case taken by a United States Magistrate Judge pursuant to
16 | Criminal Local Rule 11.2 and further waives a presentence report
17 | in this case as well as any objections to the Magistrate Judge's
18 | findings and recommendation concerning the entry of the guilty
19 | plea.
20 |
21 | Dated: 02/12/2008                       _____
22 |                                        Assistant United States Attorney
```